# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM M. MCGINNIS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV509 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Amend Complaint (Filing No. 32). The plaintiff attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). **See** Filing No. 32, Exhibit A. The plaintiff represents that the defendant has no objection to the amendment. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Amend Complaint (Filing No. 32) is granted.

2. The plaintiff shall have to on or before **June 14, 2005**, to file the amended complaint.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge