# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM M. MCGINNIS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV509 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Dana E. Washington (Filing No. 31) as counsel for the defendant. The defendant continues to be represented by Margot J. Wickman from the law firm Wickman & Washington PC, LLO. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Dana E. Washington (Filing No. 31) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Dana E. Washington regarding this case.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge